### TOBIAS *vs.* HARLAND.

MOTION to amend *narr*.    The declaration is in slander, for words spoken injurious to the plaintiff, as a *dealer* in watches of a particular description.    In the *inducement* in the declaration, and in the *ac-etiam* clause of the capias, the plaintiff is alleged to be a *manufacturer* of watches, and that the words were spoken in reference to his trade and business, as such manufacturer.    From a commission to take testimony, just returned from Liverpool, it appears that the plaintiff is not the manufacturer of the watches spoken of, but that they are manufactured expressly for him, and forwarded to him from Liverpool.    Issue was joined in August, 1827.    The commission was returned on the 17th day of July last.    The plaintiff's attorney states, that he was not aware of the necessity of an amendment, until after the return of the commission, and that more than two years have elapsed since the accruing of the action.

*An amendment of a narr. in slander will be allowed, after issue joined, especially as otherwise the action will be lost, by the running of the statute.*

*By the Court*, SAVAGE, Ch. J.    The plaintiff is entitled to amend, on payment of costs, especially, as otherwise his action will be lost by the running of the statute.    The defendant has leave to plead anew.